### WENRICK v FRIEND et

Ohio Appeals, 2nd Dist, Greene Co

No 366.  Decided July 8, 1932

Marshall & Marshall, Xenia, for plaintiff.

Brumbaugh & Brumbaugh, Dayton, and Iddings & Iddings, Dayton, for defendants.

## BY THE COURT

From such finding and judgment of the lower court an appeal has been taken to this court. The case has been submitted to this court upon a transcript of the testimony taken in the lower court with an additional stipulation of counsel.

An examination of the record and testimony discloses that the real controversy in this case is one for damages upon the cross petition and defendants' reply filed thereto, but assuming that this case is in this court properly upon appeal, we have considered the record of the testimony in the lower court together with the additional stipulation of counsel, and from such consideration cannot escape the conclusion that the finding and judgment of the lower court was correct.

The same decree may therefore be rendered in this court as was rendered in the lower court.

ALLREAD, PJ, HORNBECK and KUNKLE, JJ, concur.